

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2021

No. 04-21-00021-CV

Nancy **ALANIS**,
Appellant

v.

**U.S BANK NATIONAL ASSOCIATION**, as successor trustee to Bank of America, National Assocation, as successor by Merger to Lasalle Bank, M.A., as trustee for the MLMI Trust Series 2006-He6, Nationstar Mortgage, LLC d/b/a Mr. Cooper,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-01238
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

On January 19, 2021, appellant filed her notice of appeal. On February 2, 2021, Ms. Amy Hinds, the court reporter responsible for preparing the reporter's record in this appeal filed a notice with this court, stating appellant has failed (1) to request in writing that she prepare the reporter's record and (2) to pay or make arrangements to pay the fee for preparing the reporter's record. *See* Tex. R. App. P. 34.6(b)(1) (explaining that the request to the court reporter must designate the exhibits and the portions of the proceedings to be included in the reporter's record); *id.* 35.3(b) (court reporter is responsible for preparing and filing the reporter's record if (1) notice of appeal has been filed, (2) appellant has requested the reporter's record be prepared, and (3) appellant has paid the fee for preparation of the record, has made arrangements to pay the fee, or is entitled to appeal without paying the fee).

Appellant is ORDERED to file written proof to this court **no later than February 15, 2021** that she has requested the official court reporter to prepare the reporter's report in compliance with Texas Rule of Appellate Procedure 34.6 and has filed a copy of the request with the trial court clerk. *See* TEX. R. APP. P. 34.6(b)(2).

We further ORDER appellant to provide written proof to this court **no later than February 15, 2021** that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee.

If appellant fails to respond within the time provided, this court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* Tex. R. App. P. 37.3(c).

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of February, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court